# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MICHAEL LAWRENCE KLINGLER, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:14-CV-00014-RLV-DSC |
| vs. | ) ) | |
| JOE WHITTINGTON ROBERT J. AHERN M. COFFEY II, Defendant(s). | ) ) ) ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2015, Order.

Signed: May 8, 2015

Frank G. Johns, Clerk
United States District Court